UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| MAWULE TEPE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:22-CV-00264-DCLC-CHS |
| EMILY LOUISE NENNI, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion and Order, this action is **DISMISSED**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

_____
United States District Judge

ENTERED AS A JUDGMENT:

_____
Clerk of Court