UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 25, 2024
KELLY L. STEPHENS, Clerk

No. 23-6092

MAWULE TEPE,

    Plaintiff-Appellant,

v.

TRAVIS RANDALL MCDONOUGH, in his U.S. District Chief Judge position, et al.,

    Defendants-Appellees.

Before:  LARSEN, NALBANDIAN, and READLER, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of defendants-appellees' motion to dismiss.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the motion to dismiss is **GRANTED** and the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk